# Court of Appeals
# of the State of Georgia

ATLANTA,__February 20, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17A1096. EDDIE M. ALLISON v. THE STATE.**

Eddie M. Allison filed this direct appeal from the trial court's July 5, 2016, order denying his request for pretrial bond. We lack jurisdiction for two reasons.

First, Allison's notice of appeal is untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, however, Allison filed his notice of appeal on August 5, 2016, 31 days after entry of the trial court's order.

Second, Allison failed to follow the requisite appellate procedure. An order denying pretrial bond is not a final judgment as defined in OCGA § 5-6-34 (a) (1). Rather, such an order is an interlocutory ruling, which requires an application for interlocutory appeal pursuant to OCGA § 5-6-34 (b). See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/20/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*